1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte* Application of Vringo, Inc. and Vringo Infrastructure, Inc.<br><br>Applicants,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery From Qualcomm Incorporated for use in Foreign Proceedings. | Case No.: 3:14-cv-02524-GPC-JMA<br><br>**ORDER DISMISSING ACTION**<br><br>**[ECF No. 8]** |

The Court having read and reviewed the Stipulation filed by Applicants Vringo, Inc. and Vringo Infrastructure, Inc. (collectively "Vringo") and Qualcomm Incorporated ("Qualcomm") dismissing this action, and good cause appearing,

**IT IS HEREBY ORDERED** pursuant to Fed. R. Civ. P. 41, that all claims in the above styled action pending in the United States District Court, Southern District of California, be and are hereby dismissed as to Qualcomm, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED:**

DATED: December 9, 2014

_____
Honorable Gonzalo P. Curiel
United States District Judge

LEGAL02/35223199v1